UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**THE AMERICAN CRANE CORPORATION,**

        **Plaintiff,**

        **-vs-**

**DEFONTAINE OF AMERICA, INC.,**
**DEFONTAINE S.A.,**
**ROLLIX-GROUP DEFONTAINE,**
**and DEFONTAINE GROUP,**

        **Defendants.**

**Case No. 05-C-685**

---

## ORDER

---

The parties, having reached an amicable settlement of all claims asserted herein, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41 that the above-captioned action, and any and all claims asserted by the parties herein, shall be and is hereby dismissed in its entirety with prejudice and without costs, fees, or expenses to any party.

Dated at Milwaukee, Wisconsin, this 9th day of February, 2006.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**